**Order entered December 21, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-01100-CV

## IN RE MELINDA M. RAKES, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-56040-2020**

## ORDER
Before Justices Schenck, Partida-Kipness, and Nowell

Before the Court is relator's December 18, 2020 petition for writ of mandamus and amended motion for emergency relief.

We **DIRECT** the parties to file, by **noon** on **December 22, 2020**, a status report on the parties' efforts to resolve the conflict about the holiday schedule from December 24, 2020 through January 1, 2021, for possession of the children. We also **REQUEST** real party in interest to file, by **noon** on **December 22, 2020**, a response to the amended motion for emergency relief.

We request a response to the petition for writ of mandamus from real party in interest and respondent, if any, by **December 28, 2020**.

/s/    ERIN A. NOWELL
         JUSTICE